RECEIVED
Nov 19, 2008
NOV 1 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**

Clarence Dunlap
8609 S. Kingston Ave
Chicago Illinois 60617

08CV6628
JUDGE DARRAH
MAG. JUDGE ASHMAN

**Defendant(s)**

Cook County Circuit Court
Mercy Hospital
Cook County Sheriff Dept.

## COMPLAINT

1. Cook County Circuit Court; violation of Federal and State statute, violation of Plaintiff civil Rights, remove Judge off of circuit court Room to another court Room from the case. Put a new Judge in his place. Barred Lawyers to represent the Plaintiff and did not enforce Judgement of Default Raised in the court by another Judge against the Defendants 2-23-07 at a status hearing given and then the case runs to the Clerk to enforce the ruling. gave the Clerk the order.

2. Mercy Hospital failed to appear in court in time to answer the complaints of the Plaintiff defaulted 30 days by state statue violation of State Laws and federal Laws. also Barred lawyers to represent the Plaintiff.

3. Cook County Sheriff dept. failed to locate the defendant called the Plaintiff that the defendant kept moving about so they cannot be found to answer the summons they failed.

Clarence Dunlap
Clarence Dunlap
8609 S. Kingston Ave.
Chicago Illinois, 60617
11-19-08