## United States District Court for the Northern District of Illinois

Case Number: 08CV6628   Assigned/Issued By: DAJ

Judge Name: DARRAH   Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:* ☑ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00   Receipt #: 4624014161

Date Payment Rec'd: 12/29/08   Fiscal Clerk: DAJ

**ISSUANCES**

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons
_____
_____
(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

_____ Original and _____ copies on _____ as to _____
(Date)
_____
_____

C:\wpwin80\docket\feeinfo.frm   03/14/05