UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLARENCE DUNLAP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-06628 |
| | ) | |
| COOK COUNTY CIRCUIT COURT, ET AL. | ) | Honorable John W. Darrah |
| | ) | |
| Defendants. | ) | |

## MOTION FOR RELIEF FROM APPOINTMENT

Appointed counsel for Plaintiff, JONATHAN M. WEIS, of LEVIN GINSBURG, pursuant to local rule 83.38 of the U.S. District Court for the Northern District of Illinois, respectfully requests that he be relieved from appointment as counsel for Plaintiff and in support thereof respectfully states as follows:

1. Plaintiff filed his action in late 2008.

2. On April 8, 2009, undersigned counsel was appointed as counsel for Plaintiff.

3. Undersigned counsel has communicated by phone and in person on several occasions with Plaintiff to discuss his action against the Defendants and attended a status hearing in May 2009.

4. At the status hearing, per agreement, a settlement conference before Magistrate Judge Ashman was scheduled for August 17, 2009.

5. At the settlement conference, the parties entered into a stipulation to dismiss, the stipulation was put on the record before Magistrate Judge Ashman and Plaintiff's action appeared to have been settled for a lump sum payment to Plaintiff in exchange for the release of his claims and dismissal of his action. The stipulation to dismiss stated that the case was dismissed without

prejudice and without costs, with leave to reinstate on or before October 19, 2009, for the sole purpose of enforcing the settlement agreement, and that in the event a motion to reinstate is not filed on or before the foregoing date, the dismissal would be with prejudice. (True and correct copies of this stipulation to dismiss and related docket entries are attached hereto as Exhibit "1".)

6. Subsequent to the settlement conference, Plaintiff, prior to executing the settlement agreement and mutual release prepared by opposing counsel, stated that he was not willing to execute the settlement agreement and/or accept the settlement payment under the stipulation to dismiss entered by the Court, and wished to proceed with his action.

7. Based on the foregoing, undersigned counsel's professional and ethical obligations will not permit him to continue to represent Plaintiff in this cause and this motion sets forth good cause for undersigned counsel's relief from his appointment to represent Plaintiff.

WHEREFORE, for the above and foregoing reasons, undersigned counsel respectfully requests, pursuant to local rule 83.38 to be relieved from his appointment as counsel for Plaintiff, and for such other and further relief as this court may deem just and appropriate under the circumstances.

Respectfully submitted,

By: /s/ Jonathan M. Weis
    Jonathan M. Weis

Mr. Jonathan M. Weis - 06238340
Mr. Mitchell S. Chaban - 6226668
Levin Ginsburg
Attorneys for Plaintiff
180 North LaSalle Street, Suite 3200
Chicago, Illinois 60601
Telephone: (312) 368-0100
Facsimile: (312) 368-0111