# EXHIBIT "1"

EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 17 2009
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Dunlap

Plaintiff,

v.

Cook County Sheriff, et al.

Defendant.

Case No. 08-cv-06628
Judge Darrah
Magistrate Judge
Martin C. Ashman

## STIPULATION TO DISMISS

The parties hereto, by and through their respective attorneys, hereby stipulate and agree that this matter be dismissed without prejudice and without costs, all matters in controversy having been fully compromised and settled; with leave however to reinstate on or before October 19, 2009 (Date) for the sole purpose of enforcing the settlement agreement. → of $500 to Plaintiff In the event a motion to reinstate is not filed on or before the foregoing date, this dismissal will be with prejudice.

Dated this 17th day of August, 2009

_____
Attorney for Plaintiff

_____
Attorney for Defendant

Plaintiff: Clarence Dunlap

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Clarence Dunlap

                            Plaintiff,

v.                                                        Case No.: 1:08−cv−06628
                                                            Honorable John W. Darrah

Cook County Circuit Court, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2009:

      MINUTE entry before the Honorable John W. Darrah: Parties having filed a stipulation to dismiss, this case is hereby closed. Civil case terminated. Status hearing set for 8/25/09 is vacated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Clarence Dunlap

          Plaintiff,

v.

          Case No.: 1:08−cv−06628
          Honorable John W. Darrah

Cook County Circuit Court, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 17, 2009:

    MINUTE entry before the Honorable Martin C. Ashman: Settlement conference held on 8/17/2009. Case settled. Stipulation to dismiss filed. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Honorable Martin C. Ashman no longer referred to the case. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.